UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DG3 GROUP (HOLDINGS) LTD., <br> Plaintiff, <br> v. <br> LOB.COM, INC., <br> Defendant. | Case No. 19-cv-05287-SK <br><br> **ORDER TO SHOW CAUSE REGARDING DISPOSITIVE MOTION** <br><br> Regarding Docket No. 66 |

On July 27, 2020, the Court amended the case schedule in this case and set the last day to hear dispositive motions for September 13, 2021. (Dkt. No. 50.) Without a Court order extending the deadline, Lob.com, Inc. filed a motion for partial summary judgment and noticed it to be heard on September 20, 2021, a week after the deadline. (Dkt. No. 66.) Therefore, the Court ORDERS Lob.com to show cause ("OSC") in writing by no later than August 16, 2021, why the Court should not strike its motion for partial summary judgment.

This Order does not affect the current briefing schedule. DG3 Group (Holdings) Ltd. and DG3 North America Inc.'s opposition remains due by August 16, 2021.

**IT IS SO ORDERED**.

Dated: August 10, 2021

_____
SALLIE KIM
United States Magistrate Judge